# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
       §
       §
PAUTSCH CHRISTOPHER WALTER § Case No. 11-46250 DRC
PAUTSCH LYRIS NIDIA §
       §
       §
_____Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-46250 DRC Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | PAUTSCH CHRISTOPHER WALTER | Date Filed (f) or Converted (c): | 11/15/11 (f) |
|  | PAUTSCH LYRIS NIDIA | 341(a) Meeting Date: | 05/14/12 |
| For Period Ending: | 03/13/15 | Claims Bar Date: | 09/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 2 Taynton Lane, South Barrington IL 6001 | 1,450,000.00 | 0.00 | | 0.00 | FA |
| 2. Citibank Checking | 150.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America Checking | 900.00 | 0.00 | | 0.00 | FA |
| 4. Furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. 401k | 25,785.00 | 0.00 | | 0.00 | FA |
| 7. 51% of the shares of stock in Specialty Flooring Group | 0.00 | 0.00 | | 0.00 | FA |
| 8. 51% of the shares of stock in Custom Carpet Manufacturing and Distribution, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Debtor's Deceased Mother's mobile home. | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Hummer: 65000 miles | 25,586.00 | 0.00 | | 0.00 | FA |
| 11. 2011 Cadillac Escalade: 17000 miles | 29,759.00 | 0.00 | | 0.00 | FA |
| 12. 3 Snowmobiles and a snowmobile trailer that are owned by Debtors' sons but titled in Debtor's name. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Settlement of Lawsuit (u) Christopher Michaels Fine Carpets & Floors, Inc. vs. Macy's Order approviing compromise entered 3/14/14 | 25,000.00 | 25,000.00 | | 25,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,566,680.00 | $25,000.00 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-46250    DRC    Judge: Donald R. Cassling | Trustee Name:    THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | PAUTSCH CHRISTOPHER WALTER | Date Filed (f) or Converted (c):    11/15/11 (f) |
| | PAUTSCH LYRIS NIDIA | 341(a) Meeting Date:    05/14/12 |
| | | Claims Bar Date:    09/26/12 |

Waiting for the $25,000 settlement check from Macy's. Order approving settlement entered 3/14/14.   Attorneys just sent a revised settlement agreement for Trustee to approve and execute and then the check will be sent.

Initial Projected Date of Final Report (TFR): 04/15/15        Current Projected Date of Final Report (TFR): 04/15/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-46250 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | PAUTSCH CHRISTOPHER WALTER | Bank Name: | ASSOCIATED BANK |
| | PAUTSCH LYRIS NIDIA | Account Number / CD #: | *******2392  CHECKING ACCOUNT |
| Taxpayer ID No: | *******7105 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/15 | | Macy's/Bloomingdale's | Settlement Payment | 1129-000 | 25,000.00 | | 25,000.00 |
| | | 2101 E. Kemper Rd. | | | | | |
| | | Sharonville, OH 45241 | | | | | |
| 02/03/15 | 13 | Asset Sales Memo: | Settlement of Lawsuit  $25,000.00 | | | | 25,000.00 |
| 02/27/15 | 001000 | Arthur B. Levine Company | Bond Payment | 2300-000 | | 14.96 | 24,985.04 |
| | | ADAMS LEVINE | | | | | |
| | | 60 East 42nd Street, Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.16 | 24,953.88 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,000.00 | 46.12 | 24,953.88 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 25,000.00 | 46.12 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 25,000.00 | 46.12 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********2392 | 25,000.00 | 46.12 | 24,953.88 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 25,000.00 | 46.12 | 24,953.88 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   25,000.00   46.12

| Page 1 | | CLAIMS ANALYSIS<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 13, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 11-46250 | | Claimant's Name Sequence | | | |
| Debtor Name: | PAUTSCH CHRISTOPHER WALTER | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $14.96 | $14.96 |
| 7<br>050<br>4110-00 | CitiMortgage, Inc<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030 | Secured | (7-1) Modified on 1/10/13 to correct creditor address (cg) | $0.00 | $397,133.04 | $397,133.04 |
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | Administrative | | $0.00 | $260.00 | $260.00 |
| 1A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | Priority | | $0.00 | $39,963.45 | $39,963.45 |
| 1<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | Unsecured | | $0.00 | $16,485.92 | $16,485.92 |
| 6<br>070<br>7100-00 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Unsecured | | $0.00 | $142.37 | $142.37 |
| 3<br>070<br>7100-90 | PYOD, LLC its successors and assigns<br>as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $24,113.40 | $24,113.40 |
| 5<br>070<br>7100-90 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $6,266.04 | $6,266.04 |
| 2<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (2-1) Unsecured Debt | $0.00 | $341.66 | $341.66 |
| 001<br>3110-00 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $0.00 | $3,639.23 | $3,639.23 |
| 001<br>2100-00 | Thomas E. Springer, Trustee<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Administrative | | $0.00 | $3,250.00 | $3,250.00 |

| | | CLAIMS ANALYSIS | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 13, 2015 |

Case Number:   11-46250  
Debtor Name:   PAUTSCH CHRISTOPHER WALTER                    Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class    Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 4A<br>050<br>4110-00 | Union National Bank<br>c/o Jeffrey S. Burns<br>Crowley Barrett & Karaba Ltd<br>20 S. Clark Street Suite 2310<br>Chicago IL 60603 | Secured<br>(4-1) Money loaned | $0.00 | $700,000.00 | $700,000.00 |
| 4A<br>070<br>7100-00 | Union National Bank<br>c/o Jeffrey S. Burns<br>Crowley Barrett & Karaba Ltd<br>20 S. Clark Street Suite 2310<br>Chicago IL 60603 | Unsecured<br>(4-1) Money loaned | $0.00 | $589,269.01 | $589,269.01 |
| | Case Totals: | | $0.00 | $1,780,879.08 | $1,780,879.08 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-46250 DRC
Case Name: PAUTSCH CHRISTOPHER WALTER
          PAUTSCH LYRIS NIDIA
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

Balance on hand    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4A | Union National Bank | $ | $ | $ | $ |
| 7 | CitiMortgage, Inc | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: SPRINGER BROWN, LLC | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors      $_____

Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 3 | PYOD, LLC its successors and assigns | $ | $ | $ |
| 5 | PYOD, LLC its successors and assigns as | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Nicor Gas | $ | $ | $ |
| 4A | Union National Bank | $ | $ | $ |
| 1 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                                                  $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE