## CERTIFICATE OF SERVICE

I, Michele M. Springer, an attorney, on oath state that I caused to be served this Notice of Final Report by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Illinois before 5:45 p.m. on **March 23, 2015** with proper postage prepaid.

## SERVICE LIST

**ECF Service:**

Patrick S. Layng, Esq.
Office of the United States Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Ben L. Schneider
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077

Elise Schwartz
eliseschwartz@yahoo.com

**By US Mail Service:**

Christopher Walter Pautsch
41 W 260 Prairie View Lane
Elburn, IL 60119

Lyris Nidia Pautsch
41 W 260 Prairie View Lane
Elburn, IL 60119

Charles M. Tatelbaum
Hinshaw & Culbertson, LLP
One East Broward Blvd., Ste. 1010
Ft. Lauderdale, FL 33301

Michael and Linda Dickman
155 Richard Ct.
Addison, IL 60101

Ally Financial
P.O. Box 130424
Roseville, MN 55113

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn, 7th Floor
Chicago, IL 60604

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Arnold Harris/Med Business Bureau
P.O. Box 1219
Park Ridge, IL 60068

Christopher Michaels Fine Carpet
601 A.W. Campus Drive
Arlington Heights, IL 60004

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117

Citibank
P.O. Box 790034
St. Louis, MO 63179

Citimortgage Inc.
P.O. Box 9437, Dept. 0251
Gaithersburg, MD 20898

Custom Carpet and Manufacturing
601 A.W. Campus Drive
Arlington Heights, IL 60004

Diversified Adjustments
Dasi-Bankruptcy
P.O. Box 32145
Fridley, MN 55432

Dsnb Macys
911 Duke Blvd.
Mason, OH 45040

Enhanced Recovery Corp.
Attn: Client Services
8014 Bayberry Rd.
Jacksonville, FL 32256

Ffcc-columbus Inc.
P.O. Box 20790
Columbus, OH 43220

Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Kohls/Capone
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051

Macys/fdsb
Attn: Bankruptcy
P.O. Box 8053
Mason, OH 45040

Merchants Cr.
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606

Minnesota Revenue
P.O. Box 64564
Saint Paul, MN 55164

Nicor Gas
Attn: Bankruptcy Dept.
P.O. Box 190
Aurora, IL 60507

Nicor Gas
P.O. Box 549
Aurora, IL 60507

PYOD, LLC its successors and assigns
As assignee of Citibank
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Quantum3 Group LLC as agent for
World Financial Network Bank
P.O. Box 788
Kirkland, WA 98083

Sears/cbna
701 East 60th St. N
Sioux Falls, SD 57104

Specialty Flooring Group, Inc.
601 A.W. Campus Drive
Arlington Heights, IL 60004

Union National Bank
101 E. Chicago St.
Elgin, IL 60120

Union National Bank
c/o Jeffrey S. Burns
Crowley Barrett & Karaba Ltd.
20 S. Clark Street Suite 2310
Chicago, IL 60603

Wfnnb/Buckle
Attn: Bankruptcy
P.O. Box 182686
Columbus, OH 43218

Wfnnb/Express
Attn: Bankruptcy
P.O. Box 182686
Columbus, OH 43218