UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
PAUTSCH CHRISTOPHER WALTER  §   Case No. 11-46250
PAUTSCH LYRIS NIDIA  §
        §
        §
        Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE U.S. BANKRUPTCY COURT
   219 S. DEARBORN STREET
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/17/2015 in Courtroom 240,
   United States Courthouse
   Old Kane County Courthouse
   100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PAUTSCH CHRISTOPHER WALTER § Case No. 11-46250
PAUTSCH LYRIS NIDIA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 46.12 |
| leaving a balance on hand of[1] | $ | 24,953.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4A | Union National Bank | $ 700,000.00 | $ 700,000.00 | $ 0.00 | $ 0.00 |
| 7 | CitiMortgage, Inc | $ 397,133.04 | $ 397,133.04 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 24,953.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 3,507.50 | $ 0.00 | $ 3,507.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: SPRINGER BROWN, LLC | $ 131.73 | $ 0.00 | $ 131.73 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Arthur B. Levine Company | $ 14.96 | $ 14.96 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 7,149.23

Remaining Balance $ 17,804.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 39,963.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Department of Revenue | $ 39,963.45 | $ 0.00 | $ 17,804.65 |

Total to be paid to priority creditors $ 17,804.65

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 636,618.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for | $ 341.66 | $ 0.00 | $ 0.00 |
| 3 | PYOD, LLC its successors and assigns | $ 24,113.40 | $ 0.00 | $ 0.00 |
| 5 | PYOD, LLC its successors and assigns as | $ 6,266.04 | $ 0.00 | $ 0.00 |
| 6 | Nicor Gas | $ 142.37 | $ 0.00 | $ 0.00 |
| 4A | Union National Bank | $ 589,269.01 | $ 0.00 | $ 0.00 |
| 1 | Illinois Department of Revenue | $ 16,485.92 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $       0.00

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                                                                    Trustee

*THOMAS E. SPRINGER, TRUSTEE*

*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-46250-DRC
Christopher Walter Pautsch                                             Chapter 7
Lyris Nidia Pautsch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2              Date Rcvd: Mar 24, 2015
                              Form ID: pdf006            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2015.
db/jdb        #+Christopher Walter Pautsch,    Lyris Nidia Pautsch,    41 W 260 Prairie View Ln.,
                Elburn, IL 60119-8807
18053502       +Arnoldharris/Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
18053510      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court: Ffcc-columbus Inc,     Po Box 20790,    Columbus, OH 43220)
18053504      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
19894032        CitiMortgage, Inc,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
18053505       +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
18053506       +Custom Carpet and Manufacturing,    601 A W. Campus Drive,    Arlington Heights, IL 60004-7832
18053507       +Diversified Adjustments,    Dasi-Bankrupcty,    Po. Box 32145,    Fridley, MN 55432-0145
18053508        Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
18053511       +Harris,    222 Merchandise Mart Plaza Suite 1900,    Chicago, IL 60654-1421
18258841        Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
18053513       +Linda Dickman,    155 Richard Ct.,    Addison, IL 60101-3214
18053514       +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
18053515       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18053516       +Michael Dickman,    155 Richard Ct.,    Addison, IL 60101-3214
18053518       +Sears/cbna,    701 East 60th St N,    Sioux Falls, SD 57104-0432
18053519       +Specialty Flooring Group, Inc.,    601 A W. Campus Drive,    Arlington Heights, IL 60004-7832
19066179       +Union National Bank,    c/o Jeffrey S. Burns,    Crowley Barrett & Karaba Ltd,
                20 S. Clark Street Suite 2310,    Chicago IL 60603-1806
18053520       +Union National Bank,    101 E. Chicago St.,    Elgin, IL 60120-6466
18053521       +Wfnnb/Buckle,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
18053522       +Wfnnb/express,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18053501       +E-mail/Text: ally@ebn.phinsolutions.com Mar 25 2015 00:20:40     Ally Financial,
                P O Box 380901,    Bloomington, MN 55438-0901
18053509       +E-mail/Text: bknotice@erccollections.com Mar 25 2015 00:21:05     Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18053512       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 25 2015 00:20:44      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18259008        E-mail/Text: mdor.bkysec@state.mn.us Mar 25 2015 00:20:39     Minnesota Revenue,    PO Box 64564,
                Saint Paul, MN 55164-0564
18053517       +E-mail/Text: bankrup@aglresources.com Mar 25 2015 00:20:36     Nicor Gas,
                Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
19288012       +E-mail/Text: bankrup@aglresources.com Mar 25 2015 00:20:37     Nicor Gas,    Po box 549,
                Aurora il 60507-0549
18997150       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2015 00:30:08
                PYOD, LLC its successors and assigns,    as assignee of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
18923639        E-mail/Text: bnc-quantum@quantum3group.com Mar 25 2015 00:20:56
                Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                Kirkland, WA 98083-0788
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law Firm of Springer Brown Covey Gaertner & Da
19154111*      +PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
18053503      ##+Christopher Michaels Fine Carpet,    601 A W. Campus Drive,    Arlington Heights, IL 60004-7800
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: mhenley                Page 2 of 2                  Date Rcvd: Mar 24, 2015
                               Form ID: pdf006              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2015 at the address(es) listed below:
              Ben L Schneider    on behalf of Joint Debtor Lyris Nidia Pautsch ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Ben L Schneider    on behalf of Debtor Christopher Walter Pautsch ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Meredith S Fox    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 6
```