**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  PAUTSCH CHRISTOPHER WALTER         § Case No. 11-46250
        PAUTSCH LYRIS NIDIA                §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,541,680.00            Assets Exempt: $40,585.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,804.65      Claims Discharged
                                                 Without Payment: $658,777.20

Total Expenses of Administration: $7,195.35

---

   3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,097,133.04 | $1,097,133.04 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,195.35 | 7,195.35 | 7,195.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 39,963.45 | 39,963.45 | 17,804.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 636,618.40 | 636,618.40 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,780,910.24 | $1,780,910.24 | $25,000.00 |

4) This case was originally filed under Chapter 7 on November 15, 2011. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2015     By: /s/THOMAS E. SPRINGER, TRUSTEE
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of Lawsuit | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | Union National Bank | 4110-000 | N/A | 700,000.00 | 700,000.00 | 0.00 |
| 7 | Citimortgage, Inc | 4110-000 | N/A | 397,133.04 | 397,133.04 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,097,133.04** | **$1,097,133.04** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas E. Springer | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 3,507.50 | 3,507.50 | 3,507.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 131.73 | 131.73 | 131.73 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 14.96 | 14.96 | 14.96 |
| ASSOCIATED BANK | 2600-000 | N/A | 31.16 | 31.16 | 31.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,195.35 | $7,195.35 | $7,195.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Illinois Department Of Revenue | 5800-000 | N/A | 39,963.45 | 39,963.45 | 17,804.65 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $39,963.45 | $39,963.45 | $17,804.65 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department Of Revenue | 7100-000 | N/A | 16,485.92 | 16,485.92 | 0.00 |
| 2 | Quantum3 Group Llc As Agent For | 7100-900 | N/A | 341.66 | 341.66 | 0.00 |
| 3 | Pyod, Llc Its Successors And Assign | 7100-900 | N/A | 24,113.40 | 24,113.40 | 0.00 |
| 4A | Union National Bank | 7100-000 | N/A | 589,269.01 | 589,269.01 | 0.00 |
| 5 | Pyod, Llc Its Successors And Assign | 7100-900 | N/A | 6,266.04 | 6,266.04 | 0.00 |
| 6 | Nicor Gas | 7100-000 | N/A | 142.37 | 142.37 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $636,618.40 | $636,618.40 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-46250  
**Case Name:** PAUTSCH CHRISTOPHER WALTER  
PAUTSCH LYRIS NIDIA  
**Period Ending:** 07/31/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/15/11 (f)  
**§341(a) Meeting Date:** 05/14/12  
**Claims Bar Date:** 09/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2 Taynton Lane, South Barrington IL 60 | 1,450,000.00 | 0.00 | | 0.00 | FA |
| 2 | Citibank Checking | 150.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Checking | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing<br>   Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 401k | 25,785.00 | 0.00 | | 0.00 | FA |
| 7 | 51% of the shares of stock in<br>   Specialty Flooring Group | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 51% of the shares of stock in<br>   Custom Carpet Manufacturing and Distribution, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor's Deceased Mother's mobile home. | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Hummer: 65000 miles | 25,586.00 | 0.00 | | 0.00 | FA |
| 11 | 2011 Cadillac Escalade: 17000 miles | 29,759.00 | 0.00 | | 0.00 | FA |
| 12 | 3 Snowmobiles and a snowmobile trailer that<br>   are owned by Debtors' sons but titled in Debtor's<br>   name. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Settlement of Lawsuit (u)<br>   Christopher Michaels Fine Carpets & Floors, Inc. vs.<br>   Macy's<br>   Order approviing compromise entered 3/14/14 | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 13 | **Assets**    Totals (Excluding unknown values) | **$1,566,680.00** | **$25,000.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Waiting for the $25,000 settlement check from Macy's. Order approving settlement entered 3/14/14.  Attorneys just sent a revised settlement agreement for Trustee to approve and execute and then the check will be sent.

Printed: 07/31/2015 10:36 AM     V.13.23

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-46250
**Case Name:** PAUTSCH CHRISTOPHER WALTER
PAUTSCH LYRIS NIDIA
**Period Ending:** 07/31/15

**Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 11/15/11 (f)
**§341(a) Meeting Date:** 05/14/12
**Claims Bar Date:** 09/26/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    April 15, 2015        **Current Projected Date Of Final Report (TFR):**    March 13, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-46250
**Case Name:** PAUTSCH CHRISTOPHER WALTER
PAUTSCH LYRIS NIDIA
**Taxpayer ID #:** **-***7105
**Period Ending:** 07/31/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** ASSOCIATED BANK
**Account:** ********92 - CHECKING ACCOUNT
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/15 | {13} | MACY'S/BLOOMINGDALE'S | Settlement Payment | 1129-000 | 25,000.00 | | 25,000.00 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 14.96 | 24,985.04 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.16 | 24,953.88 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 24,953.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,953.88 | |
| | | | **Subtotal** | | 25,000.00 | 46.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$46.12** | |

{} Asset reference(s)

Printed: 07/31/2015 10:36 AM V.13.23

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-46250  
**Case Name:** PAUTSCH CHRISTOPHER WALTER  
PAUTSCH LYRIS NIDIA  
**Taxpayer ID #:** **-***7105  
**Period Ending:** 07/31/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****959466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 24,953.88 | | 24,953.88 |
| 04/21/15 | 10101 | Thomas E. Springer | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 21,703.88 |
| 04/21/15 | 10102 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: Motion to Reopen Fee (3/2 | 2700-000 | | 260.00 | 21,443.88 |
| 04/21/15 | 10103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $131.73, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 131.73 | 21,312.15 |
| 04/21/15 | 10104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $3,507.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,507.50 | 17,804.65 |
| 04/21/15 | 10105 | Illinois Department Of Revenue | Dividend paid 44.55% on $39,963.45; Claim# 1A; Filed: $39,963.45; Reference: | 5800-000 | | 17,804.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,953.88 | 24,953.88 | $0.00 |
| | | | Less: Bank Transfers | | 24,953.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,953.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$24,953.88** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********92** | 25,000.00 | 46.12 | 0.00 |
| **Checking # ****959466** | 0.00 | 24,953.88 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)